UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN M. BALE,

             Plaintiff,

   v.

KITSAP COUNTY JAIL,

             Defendant.

CASE NO. C12-5966 BHS-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION AND GRANTING VOLUNTARY DISMISSAL

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge and the remaining record, hereby finds and orders:

1. Plaintiff has filed a motion asking for voluntary dismissal (ECF No. 10). Defendant has not been served or appeared in the action. Fed. R. Civ. P 41(a)(1)(a)(i) allows for dismissal without prejudice.

2. The Court orders that this action is dismissed without prejudice

DATED this 13th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge