UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN M. BALE,<br><br>         Plaintiff,<br><br>   v.<br><br>KITSAP COUNTY JAIL,<br><br>         Defendant. | CASE NO. C12-5966 BHS-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION AND GRANTING VOLUNTARY DISMISSAL |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge and the remaining record, hereby finds and orders:

1. Plaintiff has filed a motion asking for voluntary dismissal (ECF No. 10). Defendant has not been served or appeared in the action. Fed. R. Civ. P 41(a)(1)(a)(i) allows for dismissal without prejudice.

2. The Court orders that this action is dismissed without prejudice

DATED this 13th day of December, 2012.

BENJAMIN H. SETTLE
United States District Judge